JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JULIO CESAR RIVAS,

          Petitioner,

  v.

FERETI SEMAIA, et al.,

          Respondents.

Case No. 2:26-CV-06280-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

DATED: June 18, 2026

                                 /s/

                           ROZELLA A. OLIVER

                           UNITED STATES MAGISTRATE JUDGE